AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
OCT 18 2022
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

United States of America )
v. )
) Case No.
) 5-22-MJ-55
)
RONALD SHAW )
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 18, 2022__ in the county of __Ohio__ in the __Northern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and (b)(1)(C) | Possession with Intent to Distribute Cocaine and Methamphetamine |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason R. Kocher, DEA-TFO, OVDTF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/18/2022

_____
*Judge's signature*

City and state: Wheeling, West Virginia    James P. Mazzone, U.S. Magistrate Judge
*Printed name and title*